UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 14 CR 497 |
| v. ) | |
| ) | Judge Matthew Kennelly |
| ROBERT DEKELAITA and ) | |
| YOUSIF YOUSIF ) | |

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, submits the following statement of the case.

Defendants Robert DeKelaita and Yousif Yousif have been charged in an indictment with a conspiracy to commit immigration fraud. The object of the alleged conspiracy was to obtain asylum, authorizing certain foreign nationals to stay in the United States, knowing that the asylum was procured by means of a false claim or statement, by fraud, or otherwise unlawfully.

DeKelaita also is charged in the indictment with conspiracy to commit immigration fraud with Walter Gleitsman and Mona Yousif. DeKelaita is alleged to have conspired with these individuals to have Mona Yousif enter into a fraudulent marriage in order to secure for her legal permanent resident status in the United Sates.

In addition, DeKelaita is charged with knowingly attempting to obtain asylum on behalf of clients by submitting applications containing false statements of material facts, knowingly subscribing as true false statements of material fact in an asylum application, and procuring perjury during asylum interviews.

The defendants have pled not guilty to the charges.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney

By:    *s/* Andrianna D. Kastanek
        ANDRIANNA D. KASTANEK
        LINDSAY JENKINS
        Assistant United States Attorneys
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5300